IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

| | |
|---|---|
| BOBBY JO ROSINBAUM, and<br>MORGAN WILLIAM ROBERT,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., and<br>FRANKLIN BAKING CO., LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) filed by Ann Groninger, concerning David M. Cialkowski on March 12, 2016. Mr. David M. Cialkowski seeks to appear as counsel *pro hac vice* for all Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) is **GRANTED**. David M. Cialkowski is hereby admitted *pro hac vice* to represent all Plaintiffs.

**SO ORDERED**.

Signed: March 14, 2016

David C. Keesler
United States Magistrate Judge